PETITIONS TO REHEAR

DEESE v. LAWN AND TREE EXPERT CO.

No. 16PA82.

Case below: 306 N.C. 275.

Petition by plaintiffs to rehear denied 21 September 1982.

WACHOVIA BANK v. RUBISH

No. 54A81.

Case below: 306 N.C. 417.

Petition by plaintiff to rehear denied 21 September 1982.